IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **CHRISTIANE MILLER,** | § § § § | |
| Plaintiff, | | |
| v. | § § § § § § § § § | Civil Action No. 4:20-CV-00652-P |
| **GRAND CANYON UNIVERSITY, INC. and GRAND CANYON EDUCATION INC.,** | | |
| Defendants. | | |

## ORDER

On September 13, 2021, the Court received notification that the parties settled the instant dispute. *See* ECF No. 51. On the same day, the Court ordered the parties to "file a stipulation of dismissal with prejudice under Federal Rule of Civil Procedure 41(a)(1)(a)(ii) with the Clerk's Office on or before October 15, 2021." *Id.* As of the date of this Order, neither party has filed a stipulation of dismissal with prejudice.

Therefore, in accordance with the prior notification that the parties settled the instant dispute, *id.*, the Court **ORDERS** that this case should be, and hereby is, **DISMISSED with PREJUDICE.**

**SO ORDERED** on this **18th day** of **October, 2021.**

*[Signature: Mark T. Pittman]*

Mark T. Pittman
UNITED STATES DISTRICT JUDGE