IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| CHRISTIANE MILLER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:20-CV-00652-P |
| | § | |
| GRAND CANYON UNIVERSITY, | § | |
| INC. and GRAND CANYON | § | |
| EDUCATION INC., | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

This Final Judgment is issued pursuant to Federal Rule of Civil Procedure 58. In accordance with the Order dismissing the case (ECF No. 52):

It is **ORDERED, ADJUDGED,** and **DECREED** that this civil action is **DISMISSED with PREJUDICE.**

The Clerk shall transmit a true copy of this Final Judgment to the parties.

**SO ORDERED** on this **18th day** of **October, 2021.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE